DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

CAMERON v. NEW HANOVER MEMORIAL HOSPITAL

No. 528P82.

Case below: 58 N.C. App. 414.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 November 1982. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 3 November 1982.

CONNOLLY v. SHARPE

No. 512P82.

Case below: 58 N.C. App. 606.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1982. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 3 November 1982.

DAVIS v. DAVIS

No. 537P82.

Case below: 58 N.C. App. 25.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1982.

GIVENS v. TOWN OF NAGS HEAD

No. 558A82.

Case below: 58 N.C. App. 697.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 3 November 1982. Notice of appeal dismissed 3 November 1982.

ORANGE WATER & SEWER v. TOWN OF CARRBORO

No. 550P82.

Case below: 58 N.C. App. 676.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1982.